IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

MICHAEL ALLEN KOKOSKI,

    Plaintiff,

v.                                         CIVIL ACTION NO. 5:06-0024

CHARLES T. FELTS,
Warden, FCI Beckley,

    Defendant.

<u>MEMORANDUM OPINION AND JUDGMENT ORDER</u>

By Standing Order entered on July 21, 2004, and filed in
this case on January 11, 2006, this action was referred to United
States Magistrate Judge R. Clarke VanDervort for submission of
proposed findings and a recommendation [hereinafter "Findings and
Recommendation" or "F & R"].  Magistrate Judge VanDervort filed
his proposed F & R on March 15, 2006.  In that filing, the
magistrate judge recommended that this court (1) dismiss
petitioner's petition for writ of habeas corpus (Doc. No. 1), and
(2) remove this matter from the court's active docket.

In accordance with the provisions of 28 U.S.C. § 636(b), the
parties were allotted ten days, plus three mailing days, in which
to file any objections to Magistrate Judge VanDervort's proposed
F & R.  No party has filed objections within the requisite
period, and the failure of any party to file such objections
constitutes a waiver of such party's right to a <u>de</u>

novo review by this court.  Thomas v. Arn, 474 U.S. 140 (1985);
Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989).

On April 10, 2006, petitioner filed a document stating that
he had received a copy of the magistrate judge's proposed F & R
in this case (5:06-0024).  He went on to state that he had not
received copies of proposed F & R's in previously filed cases
(Kokoski v. Norwood, No. 5:05-0823 (S.D. W. Va.), No. 05-0837
(C.D. Cal.); Kokoski v. Norwood, No. 5:06-0090 (S.D. W. Va.), No.
05-1105 (C.D. Cal.).

The court is aware of four actions by petitioner pending in
this district .  See Kokoski v. Norwood, No. 5:05-0823; Kokoski
v. Norwood, No. 5:05-0849; Kokoski v. Felts, No. 5:06-0024;
Kokoski v. Norwood, No. 5:06-0090.  Magistrate Judge VanDervort
has filed proposed F & R in this case (Kokoski v. Felts, No.
5:05-0024) and one other (Kokoski v. Norwood, No. 5:05-0849).
Petitioner states that he has already received a copy of the
proposed F & R filed in this case.  Accordingly, the clerk is
directed to send petitioner a copy of the proposed findings and
recommendation in Kokoski v. Norwood, No. 5:05-0849.

2

Having reviewed the Proposed Findings and Recommendation filed by the magistrate judge, the court adopts the findings and recommendations contained therein.  Accordingly, the court hereby (1) **DISMISSES** petitioner's petition for a writ of habeas corpus (Doc. No. 1), and (2) **DIRECTS** the clerk to remove this action from the court's active docket.

The Clerk is directed to mail a copy of this Memorandum Opinion and Judgment Order to all counsel of record, the plaintiff, pro se, and Magistrate Judge VanDervort.  The Clerk is further directed to send petitioner a copy of the proposed findings and recommendation in Kokoski v. Norwood, No. 5:05-0849.

**IT IS SO ORDERED** this 13th day of April, 2006.

ENTER:

David A. Faber
Chief Judge

3